UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUIS R. TOLENTO,<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>            Defendant. | No. CV-08-3066-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR ORDER TO REMAND<br><br>(Ct. Rec. 21) |

    The parties have filed a stipulated motion for remand of this case to the Commissioner for further administrative proceedings (**Ct. Rec. 21**). The parties have filed a consent to proceed before a magistrate judge. (Ct. Rec. 7).

    After considering the stipulated motion, **IT IS ORDERED** that the motion is **GRANTED**. The above-captioned case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge (ALJ) will further develop the record; reconsider the treating and examining source opinions, including the January 3, 2008, opinion of Dr. Walsh (Tr. 457); make a de novo disability determination, and issue a new decision. On remand, plaintiff will have the opportunity to provide

ORDER GRANTING STIPULATED MOTION
FOR ORDER TO REMAND - 1

additional evidence and testimony.  The parties agree because this is a sentence four remand, reasonable attorney fees and costs should be awarded upon proper application to this Court pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Accordingly, this Court **reverses** the Commissioner's decision.

**IT IS FURTHER ORDERED:**

1. The parties' stipulated motion (**Ct. Rec. 21**) for an order of remand is G**RANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees and costs may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and **close** this file.

**IT IS SO ORDERED.**

**DATED** this 1st day of December, 2009.

                                      *s/James P. Hutton*
                                      JAMES P. HUTTON
                        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER TO REMAND - 2