1

2                    **UNITED STATES DISTRICT COURT**

3                    **EASTERN DISTRICT OF WASHINGTON**

4

5    LUIS R. TOLENTO,                    )
                                         )
6              Plaintiff,                )
                                         )          NO.  CV-08-3066-JPH
7         vs.                            )
                                         )          **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,                  )          **CIVIL CASE**
     Commissioner of Social Security,    )
9                                        )
               Defendant.                )
10                                       )
                                         )
11   _____ )

12   **STIPULATION BY THE PARTIES:**

13        The parties have stipulated to the remand of the captioned matter pursuant to

14   sentence four of 42 U.S.C. § 405(g).

15        **IT IS ORDERED AND ADJUDGED** that:

16        The matter is **REMANDED** for additional proceedings pursuant to sentence

17   four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18   **CLOSED.**

19        DATED this 1st day of December, 2009.

20

21                                   JAMES R. LARSEN
                                     District Court Executive/Clerk
22

23

24                                   by: ____s/Karen White_____
                                          Deputy Clerk
25   cc: all counsel

26